**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1891

COURTNEY D. TALLEY,

       Plaintiff - Appellant,

   v.

VIRGINIA COMMONWEALTH UNIVERSITY,

       Defendant - Appellee,

   and

DEPARTMENT OF THE ARMY, United States of America,

       Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, Chief District Judge.  (3:24-cv-00391-MHL)

Submitted:  December 23, 2025                      Decided:  December 30, 2025

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Courtney D. Talley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Courtney D. Talley appeals the district court's order granting Virginia Commonwealth University's motion to dismiss and dismissing her amended complaint. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Talley v. Va. Commonwealth Univ.*, No. 3:24-cv-00391-MHL (E.D. Va. July 1, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*